# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA CORTEZ, INC., <br><br>        Plaintiff, <br>    vs. <br>M/Y OCEANA PRINCESS, , <br><br>        Defendant. | CASE NO. 04cv1306-LAB (WMc) <br><br> ORDER |

   On October 18, 2006, plaintiff in the above captioned case filed an <u>Ex Parte Application of Plaintiff Marina Cortez for Order Citing and Sanctioning Barry and Kerri Fitt, and Counsel for Contempt, and Requiring Them to Satisfy the Judgment</u>. On October 26, 2006, defendant filed a <u>Declaration of Michael B. Stone, Esq. in Opposition to Ex Parte Application for Order of Contempt</u>. After reviewing the court record and the parties submissions, the Court issues the following Order:

   1. On or before **November 27, 2006**, the parties shall submit briefs addressing the following two issues: a) What is the Court's authority/jurisdiction to act on the parties *ex parte* submissions while an appeal to the Ninth Circuit is pending?  2) What is the Court's authority/jurisdiction to act on the parties *ex parte* submissions based on the existing Consent Order in this case?

\\

\\

1       2. Either party may submit a reply brief on or before **December 8, 2006**.

2      **IT IS SO ORDERED.**

3 **DATED:  November 2, 2006**

                                                  */s/ W. McCurine Jr.*

                                    **Hon. William McCurine, Jr.**
                                    **U.S. Magistrate Judge**
                                    **United States District Court**

**cc: Honorable Larry A. Burns**
     **U.S. District Judge**

     **All Counsel and Parties of Record**